## LAMB cont[a] WILLIAMS

Joshua Lamb heir to part of the Estate of Iohn Alcock physitian dece[d] in right of mary his wife daughter & Exec[x] to the s[d] Iohn Alcock and also as Attourny to Benj[n] Walker in right of George Alcock dece[d] Iohn Alcock, Zechariah Whitman in right of Sarah his wife Ephraim Hunt in right of Ioannah his wife and Cap[tn] Iohn Hull Guardian to Palsgrave Alcock & Elizabeth Alcock Children and heires to the s[d] Iohn Alcock dece[d] plaint. cont[a] Iohn Williams of Boston sometime Attourny to Iohn Greene Agent or as one that was appointed by the Hon[d] County Court of Boston for the managem[t] of the Estate of the s[d] Iohn Alcock in behalfe of the Children heires & Exec[rs] of the s[d] Iohn Alcock Defend[t] for that the s[d] Iohn Williams refuseth or neglecteth to give a true and just Accompt unto the s[d] Ioshua Lamb Attourny as afores[d] of all and singular the debts profits and produce of all or any the Lands & Estate of the s[d] heires committed to the care and custody of him the s[d] Iohn Williams by the s[d] Greene for the uses afores[d] lying and being upon Block Island and Road Jsland in New-England and parts adjacent due from any person or persons there resideing and for refuseing to return and pay the effects thereof received by him the s[d] Williams to the s[d] Lamb for the use of the heires afores[d] whereby they are damnified more then two hundred and Fifty pounds in money. . . . The Jury . . . found for the plaint. that the Defend[t] give unto the plaint. a just and true Acco[t] of the Estate committed to him by m[r] In[o] Greene for the use of the heires and Children of m[r] Iohn Alcock with the effects rec[d] by the Defend[t] to the plaint. by the first of October next or pay unto him Six hundred pounds in money & costs of Court. [597]

## GILBERT cont[a] PAYSON

William Gilbert plaint. on appeale from the Judgem[t] of the Worpp[ll.] Joseph Dudley Esq[r] cont[a] Samuel Payson Defend[t] The Judgem[t] Reasons of Appeale and Evidences in the case produced being read and committed to the Jury which are on file: The Jury . . . found for the Defend[t] confirmation of the former Judgem[t] and adde Eight Shillings money damage and costs of Courts.